```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    HOT SPRINGS DIVISION
```

KENNETH RENAULDO GARVIN                                    PLAINTIFF

    V.                        Civil No. 11-6007

FORMER SHERIFF RYAN BURRIS;
SHERIFF CHAD LEDBETTER and
CHIEF JAILER RICHARD TOLLESON                             DEFENDANTS

### O R D E R

On this 20th day of December 2012, there comes on for consideration the report and recommendation filed in this case on November 29, 2012, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 26). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to obey the orders of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

```
                            /s/ Robert T. Dawson
                            Honorable Robert T. Dawson
                            United States District Judge
```